AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Rickey Lee Miller, Jr.<br><br>*Defendant(s)* | Case No.  5:24-mj-1180-PRL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 27, 2024  in the county of  Marion  in the
Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2422(b) | Attempted Enticement of a Minor to Engage in Sexual Activity |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Chase King, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  July 28, 2024

*Judge's signature*

City and state:   Ocala, Florida     U.S. Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA                          Case No. 5:24-mj- 1180-PRL

COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chase King, after being duly sworn, depose and state:

1. I am a Task Force Officer (TFO) with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI). I am currently assigned to the HSI office in Ocala, Marion County, Florida, in the Middle District of Florida. I have been assigned as a Task Force Officer since February 2024. I am also employed as a Deputy Sheriff/Detective with the Marion County Sheriff's Office (MCSO). I have been an MCSO Deputy Sheriff since 2015. During this time, I have conducted and assisted with numerous local and national investigations related to the possession, receipt and distribution of child pornography and other offenses involving the exploitation of children. I attended the Santa Fe College Criminal Justice Institute and am a State of Florida certified law enforcement officer. I have also received training in the investigation of child pornography violations. As a Federal Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is submitted in support of a criminal complaint charging Rickey Lee MILLER, Jr., with a violation of 18 U.S.C. § 2422(b). As

set forth in more detail below, there is probable cause to believe that on or about July 27, 2024, in Marion County, Florida, MILLER attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity by using a means and facility of interstate commerce (electronic mobile communication device/cellular telephone), in violation of 18 U.S.C.§ 2422(b).

3. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## RELEVANT STATUTE

4. Title 18, United States Code, Section 2422(b) prohibits a person from using a means and facility of interstate or foreign commerce to knowingly persuade, induce, or entice an individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense.  It is a crime under Florida

Law to commit Lewd or Lascivious Battery, Fla. Sta. § 800.04(4). The attempted commission of this federal offense is also a violation of 18 U.S.C. § 2422(b).

## DETAILS OF THE INVESTIGATION

5.   On July 27, 2024, Marion County Sheriff's Office (MSCO) Detective French participated in an undercover operation for the purpose of identifying and apprehending individuals using the internet to meet and exploit juveniles for sexual activity. Detective French created an undercover profile of a 14-year-old female identifying herself as "Sarah" on the social media messaging application Telegram. In this affidavit, the undercover persona will be referred to as "Sarah." Detective French used an age-regressed photograph of herself as the profile picture.

6.   On July 27, 2024, at approximately 9:53 a.m., Sarah received a message from the Telegram profile "Rickey." Rickey stated "Hello" followed by "how are y o u." At approximately 2:21 p.m., Sarah responded, "Hey how are u." At approximately 5:28 p.m., Rickey responded that he was bored, asked if Sarah wanted to chat, and said that he was from Ocala. During introductions Sarah stated that she was 15 and asked if that was okay. Rickey asked, "Am I going to get in trouble for ta[l]king to you." Sarah asked why he would get in trouble. Rickey responded, "I don't know I'm just curious are

3

you allowed to hang out."

7. Rickey asked Sarah if she would like to come hang out with him, his friend (hereafter referred to a "K"), K's mom, a three-year-old, and a baby. Sarah asked what Rickey would want to do. Rickey stated that they have a pool table and that they like to play pool a lot. The conversation continued with Rickey and Sarah discussing hanging out and what they would do. Sarah told Rickey to tell her what he was thinking, and she will tell him if she's okay with it. Rickey responded, "My friend here is about your age and just as pretty as you are I want to tell you what I'm thinking but I don't want to get in trouble you know what I mean I'm just thinking about it that's all ok I'm not expecting you to do anything yoh don't want to do you know what I mean." When Sarah asked what Rickey wanted to do with her and K, Rickey responded, "Well do you wanna come hang out I think you know what I'm thinking are you interested I can get my friend to join us if that's OK." Sarah stated that she was down to hang out and do whatever, but that she wanted to know what she was doing. Rickey then stated, "Are you gonna make me say it lol would you like to come and maybe fool around little or a lot it's up to you."

8. At approximately 6:04 p.m., Rickey sent Sarah a photo of himself and a female. Rickey then asked, "Would you be interested in maybe

4

you me and her having some fun." Sarah asked what kind of fun. Rickey stated, "Fool around a little or just some awesome sex have you had sex with anyone." Sarah stated that she had never had sex. Rickey told her they could do other stuff. Sarah asked Rickey what else he was okay with doing if they don't have sex. Eventually, Rickey stated "I want to lick your little pussy if that's OK have you ever had anyone do that." Sarah responded that she was okay with that, to which Rickey stated he would even pay Sarah if she came over and let him do that. Rickey added that he was going to give Sarah his number and asked her to call and if she could come over. Sarah stated that she could come over and asked what his number was. Rickey added, "And one more thing will you tell my friend your 18 I really don't want her to know your real age."

9.  MSCO Detective Skinner, posing as Sarah, called the number Rickey provided. The call was recorded by law enforcement. Rickey answered Sarah's call. During the conversation, Rickey told Sarah that they could do whatever Sarah was comfortable with. Rickey again told Sarah that he did not want K to know Sarah's real age. Rickey stated that he really did not want K to know Sarah was only 14 and that Sarah should tell K she had just turned 18. He added that K wouldn't know any differently. Rickey and Sarah then discussed where they were in Marion County.

5

10. Once the call ended, Sarah and Rickey returned to the online conversation. Sarah asked Rickey if he was bringing his wife with him or K, the girl Sarah's age. Rickey responded that he wasn't married and that he was bringing K. Rickey asked if that was okay. Sarah stated it was fine and that it would make her more comfortable if K was with him. Rickey added that he thought Sarah and K could be good friends. Rickey explained that K could use a friend as she did not have any. Rickey asked if Sarah would want to be friends with K. Sarah responded that she would. Rickey then asked for Sarah's address and said he and K would pick her up. Sarah provided Rickey with a location in Marion County. Rickey then asked Sarah if she could call back and talk to K because K wanted to talk to her. Detective Skinner agreed and again called the number Rickey provided. She spoke with K and Rickey. Rickey and K again told Sarah they could do whatever Sarah was comfortable with. When Sarah told them she wasn't on the pill (birth control), Rickey said that it was fine and that they're very careful. He added that they didn't have to do anything if Sarah was not comfortable, though he would like to "do something."

11. Ultimately, Rickey and K arrived at the predetermined location. Rickey was contacted by deputies, who confirmed his identity as MILLER. Deputies found a cellular telephone in MILLER's vehicle. This "smartphone"

6

has the ability to access the internet. Deputies placed a test call to the number Rickey had used to communicate with Sarah. The phone in MILLER's vehicle rang. This confirmed the phone located in MILLER's vehicle was the phone used to communicate with Sarah.

12. While on scene, Deputies spoke with K, who is 23 years old. K told deputies that she has known Rickey her entire life and that he is a relative by marriage. K stated that once she turned 18, her feelings for Rickey changed. When asked if Rickey had told her what they were going to do today, K stated, "A little bit." She explained they had been wanting to do this for "a minute." K commented that she thought Sarah was "legal." When K was asked what she and Rickey had been expecting, K responded that she "couldn't do anything" right now because she just had a baby one month ago and was still healing.

13. MILLER was placed under arrest and transported to the Marion County Sheriff's Office. Deputies advised MILLER of his constitutional rights, which he freely and voluntarily waived. During the interview, MILLER acknowledged that he had a cellular telephone, that he had downloaded the Telegram app, and that he had used the Telegram app to communicate with other individuals. However, MILLER denied personally sending sexual messages. MILLER stated that his phone was broken and that

it must have been typing words from the "porn" he had been watching earlier. At the conclusion of the interview, MILLER was transported to the Marion County Jail.

## CONCLUSION

14. Based on the evidence described above, there is probable cause that MILLER, using a facility and means of interstate commerce, that is the internet and cell phone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Florida Statute Section 800.04, all in violation of 18 U.S.C. § 2422(b).

This concludes my affidavit.

_____
Chase King, Task Force Officer
Homeland Security Investigations

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* 28th *day of July 2024.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge